**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 95-7749**

---

THOMAS ANTHONY BERRY,

Plaintiff - Appellant,

versus

UNITED STATES OF AMERICA,

Defendant - Appellee.

---

Appeal from the United States District Court for the District of Maryland, at Baltimore. Frank A. Kaufman, Senior District Judge. (CR-85-264, CA-93-1574)

---

Submitted:  April 15, 1996          Decided:  April 25, 1996

---

Before ERVIN and MOTZ, Circuit Judges, and CHAPMAN, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Thomas Anthony Berry, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying his 28 U.S.C. § 2255 (1988) motion. We have reviewed the record and the district court's opinion and find no error in construing Appellant's pleading as a motion pursuant to § 2255 or in the court's decision on the merits. Accordingly, we affirm on the reasoning of the district court. <u>Berry v. United States</u>, Nos. CR-85-264; CA-93-1574 (D. Md. Oct. 10, 1995). We note that the district court's disposal of Appellant's claims forecloses a conclusion of prosecutorial misconduct. We deny Appellant's motion to remand the case for further factual findings and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>